# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Riyan Williams, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Georgetown University Alumni & Student )<br>Federal Credit Union )<br>)<br>Defendant. )<br>)<br>)<br>) | CASE NO. 1:24-cv-02672-TNM |

## PLAINTIFF'S REQUEST FOR DEFAULT RULING ON MOTION TO REMAND

Plaintiff, Riyan Williams, respectfully submits this Request for a Default Ruling on Plaintiff's Motion to Remand, pursuant to the court's Order issued on September 24, 2024, which required Defendant to submit its opposition by October 4, 2024.

In support of this Request, Plaintiff states as follows:

1. On September 20th, 2024, Plaintiff filed a Motion to Remand this case to the Superior Court of the District of Columbia on the grounds that the claims in this case arise predominantly under D.C. law, making the local court the proper venue.

2. On September 24, 2024, this Court ordered Defendant to submit its opposition to Plaintiff's Motion by October 4, 2024.



RECEIVED

OCT - 7 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

3. As of the date of this filing, the Defendant has failed to file its opposition within the court-ordered timeframe, nor has it requested an extension or provided any justification for its failure to comply with the Order.

4. The Plaintiff has fully complied with the Court's schedule and is prepared to file a reply, as necessary, by the designated deadline of October 11, 2024.

5. In light of the Defendant's failure to respond within the time allotted by the Court, Plaintiff respectfully requests that this Court grant a default ruling in favor of the Plaintiff on the Motion to Remand and remand the case to the Superior Court of the District of Columbia.

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Grant Plaintiff's Motion to Remand as unopposed due to the Defendant's failure to file a timely opposition; and
2. Remand this case to the Superior Court of the District of Columbia; and
3. Grant any other relief the Court deems just and proper.

Dated: October 7th, 2024

Respectfully submitted,

*Riyan Williams, pro se*
*3901 17th St NE*
*Washington, DC*
*Telephone: (443) 534 2168*
*Email: Riyan.williams6@gmail.com*
*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this ___7th___ day of ___October___ 2024, I cause the foregoing document to be filed with the Clerk of the Court and served a copy of the foregoing on all parties of record via certified mail:

**Kamran Aghili & William R. Feldman**
Feldman & Associates, P.C.
451 Hungerford Drive, Suite 210
Rockville, MD 20850
P: 301.469.3610 | F: 301.469.3611
kaghili@wfeldmanlaw.com
wfeldman@wfeldmanlaw.com

Riyan Williams, pro se
3901 17th St NE
Washington, DC
Telephone: (443) 534 2168
Email: Riyan.williams6@gmail.com
Pro Se Plaintiff